UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

JANET HOYT,                                CASE NO.: 2:17-CV-14125

       Plaintiff,

vs.

VINSTAR 5, INC.,
d/b/a CAR PRO AUTO SPA OF PALM CITY

       Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, JANET HOYT ("Plaintiff"), by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal of this Action **with prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and gives notice of the following:

1. Defendant, VINSTAR 5, INC., d/b/a CAR PRO AUTO SPA OF PALM CITY ("Defendant"), has not filed an Answer or a Motion for Summary Judgment and therefore the dismissal of this action at Plaintiff's request is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. This case shall be dismissed **with prejudice** with each party bearing her/their own attorneys' fees and costs.

                                        BY: /s/ Jason S. Weiss
                                              Jason S. Weiss
                                              Jason@jswlawyer.com
                                              Florida Bar No. 356890
                                              **WEISS LAW GROUP, P.A.**
                                              5531 N. University Drive, Suite 103
                                              Coral Springs, FL 33067
                                              Tel: (954) 573-2800
                                              Fax: (954) 573-2798
                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of MAY, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

BY: /s/ Jason S. Weiss
Jason S. Weiss
Jason@jswlawyer.com
Florida Bar No. 356890